UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH HOWARD YENNIE and  
SHEILA ANN YENNIE,

Civil 05-123  JRT/FLN

  Plaintiffs,

  v.

O R D E R

WILLIAM H. RINGWOOD,
et al.,

  Defendants.

_____

Joseph H. Yennie and Sheila A. Yennie, 564 Fifth Street West, Pine Island, Minnesota 55963, *pro se* plaintiffs.

BRENT R. LINDAHL, **BRIGGS & MORGAN**, 80 South Eighth Street, Suite 2200, Minneapolis, Minnesota 55402, for defendants Washington Mutual Bank, as successor by operation of law to North American Mortgage Co., and William H. Ringwood.

BARBARA P. BERENS, **KELLY & BERENS**, 3720 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, for defendants William B. Harrison and JP Morgan Chase Bank.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 8, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

  **IT IS HEREBY ORDERED** that:

  1.  Motion to Dismiss by Defendant Washington Mutual Bank, as successor by operation of law to North American Mortgage Co., and Defendant William H. Ringwood

[Docket No. 3], is **GRANTED**;

2. Motion to Dismiss by Defendants William B. Harrison and JPMorgan Chase Bank, N.A., successor by merger to Bank One, N.A. [Docket No. 7], is **GRANTED**;

3. Plaintiffs' Request for Entry of Default Judgement [Docket No. 28], is **DENIED as moot**; and

4. Plaintiffs' Request for Writ of Mandamus [Docket No. 20], is **DENIED as moot**.

DATED: August 2, 2005                        s/John R. Tunheim  
at Minneapolis, Minnesota               JOHN R. TUNHEIM  
                                               United States District Judge